UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-80725-CIV-MIDDLEBROOKS/BRANNON

JAMES MEARS,

    Plaintiff,

vs.

LISACUL, INC. and
FISCHER INVESTMENTS, INC.,

    Defendants.

_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, JAMES MEARS, ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, LISACUL, INC. and FISCHER INVESTMENTS, INC.

    The parties are presently preparing a formal settlement agreement for signature by all parties and intend to file a stipulation for dismissal with prejudice when the agreement is signed by all required to do so, which they anticipate will be no more than twenty (20) days from the date hereof.

Respectfully submitted this 22nd day of July, 2014.

          /s/ Douglas S. Schapiro, Esq.
          DOUGLAS S. SCHAPIRO, ESQ.
          Fla. Bar #54538
          Schapiro Law Group, P.L
          Attorneys for Plaintiff
          21301 Powerline Road, Suite 106
          Boca Raton, FL 33433
          Tele: (561) 807-7388
          Fax: (810) 885-5279
          Email: Schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system, and via email to Paul O. Lopez, Esq. at pol@trippscott.com on this 22nd day of July, 2014.

          /s/ Douglas S. Schapiro, Esq.
          DOUGLAS S. SCHAPIRO, ESQ.
          Fla. Bar #54538
          Schapiro Law Group, P.L
          Attorneys for Plaintiff
          21301 Powerline Road, Suite 106
          Boca Raton, FL 33433
          Tele: (561) 807-7388
          Fax: (810) 885-5279
          Email: Schapiro@schapirolawgroup.com